F I L E D
CLERK, U.S. DISTRICT COURT

7/5/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00331-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1958(a): Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire] |
| FEREIDOUN KHALILIAN, aka "Prince Fred," aka "Fred," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1958(a)]

Beginning on an unknown date, but no later than on or about March 16, 2023, and continuing until on or about March 21, 2023, in Los Angeles County, within the Central District of California, defendant FEREIDOUN KHALILIAN, also known as ("aka") "Prince Fred," aka "Fred," knowingly used facilities of interstate and foreign commerce, specifically, a telephone and the Internet, with the intent that the murder of victim J.E. be committed in violation of the laws

//

//

1  of the State of California as consideration for the receipt of, and
2  as consideration for a promise and agreement to pay, anything of
3  pecuniary value.

4

5                                              A TRUE BILL

6

7                                                  /S/
                                               ─────────────────────
                                               Foreperson
8

9  E. MARTIN ESTRADA
   United States Attorney
10

11  [signature]

12  MACK E. JENKINS
    Assistant United States Attorney
13  Chief, Criminal Division

14  JEFFREY M. CHEMERINSKY
    Assistant United States Attorney
15  Chief, Violent and Organized
    Crime Section
16
    JEREMIAH LEVINE
17  Assistant United States Attorney
    Violent and Organized Crime
18  Section

19

20

21

22

23

24

25

26

27

28